01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 UNITED STATES OF AMERICA,        )
                                    )   CASE NO. MJ 13-079
09        Plaintiff,                )
                                    )
10    v.                            )
                                    )   DETENTION ORDER
11 DENNIS NGUYEN,                   )
                                    )
12        Defendant.                )
   _____ )

13

14   Offense charged:        Possession and Attempted Possession of Device Making Equipment

15   Date of Detention Hearing:    February 15, 2013.

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        1.        Defendant is a native and citizen of Canada, residing in Surrey, British

DETENTION ORDER
PAGE -1

01 Columbia.

02      2.      The AUSA proffers information that defendant was a leader of a skimming

03 operation in which credit/debit card data was stolen in Canada and encoded onto plastic cards,

04 which were transported into the United States for withdrawing funds from ATMs.   An estimate

05 of actual and attempted loss is in excess of half a million dollars.   The AUSA expresses the

06 concern that, if released, defendant could not effectively be prevented from talking to current or

07 future defendants or witnesses in Canada.

08      3.      Defendant poses a risk of nonappearance due to Canadian citizenship, and

09 potential access to cash and identification and bank account information due to the nature of the

10 instant charges.   He poses a risk of financial danger when considering the nature of the instant

11 charges and size of the alleged skimming operation.

12      4.      There does not appear to be any condition or combination of conditions that will

13 reasonably assure the defendant's appearance at future Court hearings while addressing the

14 danger to other persons or the community.

15 It is therefore ORDERED:

16      1.   Defendant shall be detained pending trial and committed to the custody of the Attorney

17           General for confinement in a correction facility separate, to the extent practicable, from

18           persons awaiting or serving sentences or being held in custody pending appeal;

19      2.   Defendant shall be afforded reasonable opportunity for private consultation with

20           counsel;

21      3.   On order of the United States or on request of an attorney for the Government, the

22           person in charge of the corrections facility in which defendant is confined shall deliver

DETENTION ORDER
PAGE -2

01     the defendant to a United States Marshal for the purpose of an appearance in connection

02     with a court proceeding; and

03  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

04     for the defendant, to the United States Marshal, and to the United State Pretrial Services

05     Officer.

06     DATED this <u>15th</u> day of February, 2013.

 

 

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3